IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN BUTLER,<br><br>　　　　　Defendant. | **4:24CR3020**<br><br>**ORDER** |

　　　　This matter comes before the Court on Defendant's attorney's, Randall Wertz's, request to withdraw. Filing No. 33. The Court finds the motion should be granted but that there is no need to appoint alternate CJA counsel as this case is closed.

　　　　Accordingly, Filing No. 33 is granted and Randall Wertz is withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Randall Wertz in this case.

　　　　Dated this 23rd day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge